# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Gerald Alan Galicia          **Docket Number:**   0972 1:17CR00302

**Name of Judicial Officer**:     United States District Judge Dale A. Drozd

**Date of Original Sentence:**   7/27/2015

**Original Offense:** 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(I) – Conspiracy to Transport Aliens  (Class C Felony)

**Original Sentence:** 6 months Bureau of Prisons; 3 years Supervised Release; DNA Collection; Mandatory Drug Testing; $100 Special Assessment

**Special Conditions:**

Warrantless Search
Travel Restrictions
Report All Vehicles
Residential Reentry Center
Inpatient Substance Abuse Treatment

**Type of Supervision:**     TSR

**Date Supervision Commenced:**    9/18/2015
**Re-Commenced:**                                 12/2/2016
**Re-Commenced:**                                 12/7/2017

**Other Court Actions:**

10/06/2015:     Probation Form 12C, Petition for Warrant, submitted in the Southern District of California (docket 3:15CR00990-BEN) alleging Failure to Report Within 72 hours of Release from Custody.  The Court issued a no bail warrant on October 9, 2015.

PROB 12B
                                                                                                                                           (08/13)

**08/01/2016:**   Dispositional hearing at which time the defendant admitted the allegation of the Petition for Warrant and was sentenced to 6 months Bureau of Prisons, 30 months Supervised Release, and all special conditions as previously ordered.

**01/20/2017:**   Probation Form 12C, Petition for Warrant, submitted in the Southern District of California alleging the defendant absconded from the residential reentry center and was terminated from the inpatient substance abuse treatment program. The Court issued a no bail warrant on January 23, 2017.

**04/10/2017:**   Dispositional hearing at which time the defendant admitted allegation 1 of the Petition for Warrant, failure to complete punitive residential reentry center placement, and was sentenced to 9 months Bureau of Prisons and 21 months of Supervised Release. Special conditions ordered were warrantless search, travel restrictions, and report all vehicles.

**12/11/2017:**   Probation Form 12B, Petition to Modify Conditions of Supervision, submitted in the Southern District of California at the request of this officer to add the special conditions of supervision for the defendant to participate in inpatient substance abuse treatment, outpatient substance abuse treatment, drug testing, and aftercare copayment. The Court approved on December 17, 2017, and initiated Transfer of Jurisdiction to the Eastern District of California.

**12/19/2017:**   Jurisdiction accepted by the Eastern District of California.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

**Justification:** On January 25, 2018, the probation officer contacted the defendant at his residence to discuss with him participation in the Bakersfield Reentry Court program, to which he consented and will begin February 6, 2018. An integral component of the Reentry Court program is participation in cognitive behavioral treatment which was discussed with the defendant and to which he consented. He has signed Probation Form 49 consenting to add the special condition.

PROB 12B
                                                                                (04/13)

Respectfully submitted,

/s/ **Julie R. Martin**
_____
**JULIE R. MARTIN**
**Senior United States Probation Officer**
Telephone: 661-321-3817

**DATED:** _2/1/2018_____

Reviewed by,

**Lonnie E. Stockton**
_____
**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

Modification approved as recommended.

IT IS SO ORDERED.

   Dated:   **February 1, 2018**        Dale A. Drozd
                                    _____
                                    UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: To be assigned

Defense Counsel: To be assigned

PROB 12B
                                                            (04/13)